## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-20776-civ-HOEVELER/Brown

|  |  |
|---|---|
| TAVERNA OPA TRADEMARK CORP.<br>A Florida Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AISHA ISMAIL,<br>An Individual,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED COMPLAINT

Plaintiff, Taverna Opa Trademark, Corp. (hereinafter "Taverna Opa" or "Plaintiff"), a Florida corporation, hereby complains against Defendant Aisha Ismail (hereinafter "Ismail" or "Defendant") and asserts:

### THE PARTIES

1.　　Taverna Opa is a Florida corporation, doing business at 606 North Ocean Drive, Hollywood, Florida 33019.  Since at least as early as 1998 Taverna Opa, and its related entities, have primarily been in the business of providing high quality restaurant services featuring Greek dining and entertainment.

2.　　Ismail is an individual who upon information and belief resides AND conducts business in the State of Florida.

3.　　Upon information and belief, Ismail resides or resided at 1250 West Avenue, suite 15f, Miami Beach, Florida 33139

4.　　Upon information and belief, Ismail conducts or conducted business at 1600 North Federal Highway, Boca Raton, Florida 33432.

5.　　Upon information and belief, Ismail continues to conduct business in the State of Florida.

6.　　Upon information and belief, Ismail is the registrant of and controlling force behind the domain name www.tavernaopa.com.

## JURISDICTION AND VENUE

7.     This Court has federal question jurisdiction over this controversy, pursuant to 28 U.S.C. §§1331 and 1338, because a portion of this claim arises pursuant to the Lanham Act, 15 U.S.C. § 1125.  This Court also has supplemental jurisdiction over the non-federal question claims pursuant to 28 U.S.C. §1367 because those claims are interrelated to the federal claims.

8.     Venue and personal jurisdiction are proper in this District pursuant to 28 U.S.C. §§1391(a) and (b) in so much as all Defendants reside in the same state and at least one Defendant resides in this district, and the acts giving rise to this cause of action occurred in this District.

## FACTUAL BACKGROUND

9.     Since long prior to the acts of Defendant complained of herein (since at least 1998), Taverna Opa has adopted and used the inherently distinctive designation and trademark "TAVERNA OPA," and has used the aforementioned mark in connection with providing high quality restaurant services featuring Greek dining.

10.     Taverna Opa has "TAVERNA OPA" restaurants in Hollywood, Fort Lauderdale, Miami Beach, and Orlando, Florida, and is in the process of opening an additional location in West Palm Beach, Florida.

11.     Taverna Opa is not only well known for its quality Greek food, but also for its lively entertainment and atmosphere featuring table-top Mediterranean dancing.

12.     Taverna Opa owns incontestable Federal Trademark Registration No. 2,606,763 for "TAVERNA OPA" for use in connection with restaurant services featuring dining in and carry out of Greek and ethnic foods.  See Exhibit A.

13.     Taverna Opa has used its federally registered mark continuously since it first became registered over five (5) years ago.

14.     Taverna Opa's federally registered mark is famous.

15.     Taverna Opa also owns Florida Trademark Registration Number T03000000497 for "TAVERNA OPA" for use in connection with restaurant services, dining in/carry out of Greek & ethnic foods.  See Exhibit B.

16.     Taverna Opa is the owner of the domain name www.tavernaoparestaurant.com, which it registered and created nearly six (6) years ago on February 27, 2002.  See Exhibit C. Since that time it has consistently maintained an Internet presence by offering information and

promotions regarding its goods and services on this domain name.

17.     Prior to the acts complained of herein, Ismail was a belly dancer at one of Taverna Opa's restaurant locations.

18.     Aware of Taverna Opa's long and continuous use of its famous registered mark, on December 8, 2001 Ismail unlawfully registered and created the infringing domain name www.tavernaopa.com.  See Exhibit D.

19.     Ismail has no bona fide rights in the "TAVERNA OPA" trademark.

20.     Ismail's infringing www.tavernaopa.com domain name includes or at one time included a promotion for a competing restaurant located at 1600 North Federal Highway.  The promotion states "I will like to invite you to the new restaurant 'Milos' best and freshest seafood." Id.

21.     Upon information and belief, Milos Restaurant offers goods and services in direct competition with those offered by Taverna Opa, namely restaurant services featuring Greek and ethnic foods.  Ismail derives financial benefit from Milos by way of employment as a belly dancer at Milos Restaurant.

22.     On information and belief, the reason behind Ismail's registration of the infringing www.tavernaopa.com domain name and her use of the same is to purposely divert traffic from Taverna Opa's www.tavernaoparestaurant.com website to her own infringing website for her own commercial gain at the expense of Taverna Opa, to confuse the public as to the source of her goods and services, and to wrongfully trade on the goodwill and reputation that Taverna Opa has acquired through its long and continuous use of its common law marks and its state and federally registered "TAVERNA OPA" marks.  Furthermore, as a former belly dancer at Taverna Opa's restaurants Ismail had actual knowledge of Taverna Opa's trademark as well as the value of the same to Taverna Opa.

### DEFENDANT'S WHEREABOUTS AND CONCEALMENT OF SAME

23.     Upon information and belief, Ismail continues to reside in the State of Florida and continues to do business in the State of Florida.

24.     Upon information and belief, Ismail is attempting to conceal her whereabouts.

25.     At the time of filing the original Complaint, Plaintiff hired OJF Services, Inc. ("OJF") to serve the complaint and summons.

26.     Plaintiff's initial investigation revealed that the Defendant had listed 1250 West

Avenue, Apt. 15F, Miami Beach, Florida 33139 as her address in connection with registration of the www.tavernaopa.com domain name which is in dispute in this action. As such, Plaintiff instructed OJF to serve the Complaint and Summons at 1250 West Avenue, Apt. 15F, Miami Beach, Florida 33139.

27.     OJF attempted to serve the Defendant at 1250 West Avenue, Apt. 15F, Miami Beach, Florida 33139, but that they were informed that she could not be found at that address.

28.     Upon further investigation Plaintiff determined that service might be possible at 1600 North Federal Highway, Boca Raton, Florida 33432 ("Milos Restaurant"). This address was chosen based on an advertisement appearing in the disputed www.tavernaopa.com website which stated that the Defendant would be available at that address and that visitors could call (561) 750-6720 or (954) 942-5996 for reservations.

29.     On or about April 16, 2008, and based upon the Plaintiff's instructions, OJF attempted to serve the Defendant at Milos Restaurant, but was unsuccessful. Specifically, upon arriving at Milos Restaurant OJF was informed that the Defendant was not at the given address and that "she is the previous owner" of the restaurant.[1]

30.     Finding the assertions concerning the Defendant's whereabouts less than credible, Plaintiff chose to pursue the information displayed by the Defendant on the www.tavernaopa.com website. Specifically, in or around late May 2008 Ruby Rivera, a paralegal employed by Plaintiff's counsel, placed a phone call to Milos Restaurant at the phone number listed on the www.tavernaopa.com website. Ms. Rivera inquired about the Defendant's availability at Milos Restaurant. Ms. Rivera was informed by a man identifying himself as "Niko" that the Defendant is a belly dancer and performer occasionally employed by Milos Restaurant; however, that performers employed by the restaurant do not have fixed scheduled appearances and that Ms. Rivera should contact the Defendant directly with any inquiries about her performances. This statement obviously contradicts with at least the assertions previously made to OJF concerning the Defendant's whereabouts in connection to Milos Restaurant.

31.     Aware that at least contradictory statements had been offered by the staff of Milos Restaurant concerning the whereabouts of the Defendant, Plaintiff chose to attempt to contact the

---

[1] The assertion that the Defendant is the previous owner of Milos Restaurant is highly dubious based upon the Plaintiff's investigation and prior knowledge. Specifically, the Defendant's own website describes her as "a belly dancer in high demand in the Florida area," makes reference to the Defendant's show at Milos Restaurant, but makes no reference to her as the owner or proprietor of the restaurant.

Defendant at the email address which appeared on the www.tavernaopa.com website, namely ismail10@comcast.net. As such, on May 28, 2008 Ms. Rivera sent the Defendant an email at ismail10@comcast.net. In her email, Ms. Rivera expressed interest in attending a belly dance performance by the Defendant and asked that the Defendant forward an appearance schedule. However, no response was ever received.

32. Furthermore, since the first complaint in this action was filed, Defendant has changed the contact information listed in connection with registration of the www.tavernaopa.com website.

33. Whereas the Defendant once listed at least her first name and the address 1250 West Avenue, Apt. 15F, Miami Beach, Florida 33139 as contact information for the registrant of the www.tavernaopa.com website, Defendant has recently updated the registrant information to show Domains by Proxy, Inc. as the registrant of the www.tavernaopa.com website. See Exhibit E.

34. Based on the above, and upon further information and belief, Defendant is a resident of the State of Florida, Defendant conducts business in the State of Florida, and Defendant is concealing here whereabouts.

**COUNT I**
**Cyberpiracy under 15 U.S.C. §1125(d)(1)(A)**

35. Taverna Opa reasserts the allegations of paragraphs 1 through 34 and incorporates the same by reference as though fully set forth herein.

36. The "TAVERNA OPA" federally registered mark as used by Taverna Opa is, and has at all times material been, an inherently distinctive mark.

37. The "TAVERNA OPA" federally registered mark as used by Taverna Opa is famous.

38. Ismail is using or has used the infringing domain name for the promotion of goods and services in the same geographic area as those offered by Taverna Opa, namely, South Florida.

39. Ismail has, in bad faith and with the intention to profit from Tavern Opa's registered "TAVERNA OPA" mark and the goodwill associated therewith, registered and used a domain name, namely www.tavernaopa.com, which is identical or confusingly similar to Taverna Opa's aforementioned registered mark.

40. Ismail has no bone fide trademark rights in and to "TAVERNA OPA."

41.     Ismail has no not made any legitimate prior use of the domain name in connection with the offering of goods or services.

42.     Ismail has no bona fide noncommercial or fair use of the mark or domain name.

43.     Ismail's infringing site includes or included a standing offer for sale of the domain name, and as such evidences Ismail's bad faith under 15 U.S.C. §1125(d)(1)(B)(VI).

44.     At least on one occasion Ismail has offered to sell the domain name to Taverna Opa for $25,000.

45.     Ismail fails to include her full name in connection with the registration of the infringing mark, and as such evidences Ismail's bad faith under 15 U.S.C. §1125(d)(1)(B)(VII). Further, Ismail has now amended the contact information in the WhoIs registry so that her identity is concealed.

46.     Ismail's acts have harmed Taverna Opa's reputation and have otherwise severely damaged and diminished the goodwill which Taverna Opa has gained in connection with the use of its aforementioned marks.

47.     As a direct and proximate result of Ismail's willful violations of the Lanham Act, Taverna Opa has sustained damages in the form of diverted sales and other forms of direct and indirect damages. Moreover, the continued deceptive actions will result in future diverted sales and future damages to Taverna Opa as well as irreparable harm to Taverna Opa's business standing, reputation, and goodwill.

48.     Taverna Opa has no adequate remedy at law.

WHEREFORE, Plaintiff, Taverna Opa prays that the Court will enter judgment in its favor and against the Defendant for Taverna Opa's damages, for Taverna Opa's cost in pursuing this action, and for such additional relief this Court deems just and proper. Specifically, Taverna Opa seeks relief as follows:

a.      That Defendant and her licensees, agents, servants, employees, attorneys, representatives, successors and assigns, and all persons, entities, firms or partnerships in active concert or participation with Defendant during the pendency of this action, be preliminarily and permanently enjoined from:

i.      Directly or indirectly infringing Taverna Opa's above described registered Mark in any manner, including, generally, but not limited to using, reproducing, manufacturing, advertising, selling, offering for sale,

distributing any goods or merchandise which picture, reproduce, or utilize, or purport to picture, reproduce, or utilize the Mark or versions thereof, emblem, symbol, design, name, designation, word, or terminology.

ii.    Registering, obtaining, or maintaining a registration for domain names containing the terms which constitute the Mark or substantially similar terms;

iii.   Applying the Mark, emblem, symbol, logo, design, name, designation, word, or terminology, or any reproduction, counterfeit, copy or colorable imitation of the same to any label, sign, print, package, wrapper, receptacle, brochure, product, invoice, website, email address or advertisement used in connection with the manufacture, distribution, sale or offering for sale of any goods, merchandise or products, and/or in connection with the performance of or offer to perform any services;

iv.    Using any simulation, reproduction, counterfeit, copy or colorable imitation of the Mark, emblem, symbol, logo, design, name, designation, word, or terminology in connection with the promotion, advertisement, marketing or performance of any services, or the promotion, advertisement, display, marketing, sale, offering for sale, manufacture, production, importation, exportation, or distribution of any goods, apparel, merchandise or products in the United States, or which relate, connect or associate such goods or services in any way to Taverna Opa;

v.     Using any trademark, service mark, trade name, logo or design that tends to falsely to represent, or is likely to confuse, mislead or deceive Taverna Opa's customers, Defendant's customers or members of the public that the goods or services sold or offered to be sold by Defendant originate from Taverna Opa, or that said goods or services are sponsored, approved, licensed, associated, connected or affiliated with Taverna Opa;

vi.    Engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead or deceive purchasers, Defendant's customers, Taverna Opa's customers, or members of the public that the actions of the

    Defendant are sponsored, approved, licensed, connected or affiliated with Taverna Opa;

vii. Affixing, applying, annexing or using in connection with the manufacture, distribution, advertising, promotion, sale, offering for sale, performance or offer to perform, or other use of any business records, website, or email address, a false description or representation, including words or other symbols, tending to describe falsely or represent such goods, services or advertising material as being those of Taverna Opa; and

viii. Otherwise competing unfairly with Heritage House.

b. As provided by 15 U.S.C. §1116(a), and within thirty (30) days of entry of judgment for Taverna Opa, requiring Defendants and each of their licensees, agents, servants, employees, attorneys, representatives, successors and assigns and all persons, entities, firms or partnerships in active concert or participation with Defendant to deliver up for destruction or distribution to Taverna Opa: any and all advertising materials, letterhead, business cards, invoices, business records, websites, brochures, flyers, and any other writing materials or electronic material used in its business, which falsely display, reproduce, copy, counterfeit, imitate or bear the Mark, emblem, symbol, logo, design, name, designation, terminology or any simulation or variant thereof;

c. As provided by 15 U.S.C. §1125 (d)(1)(C) ordering the transfer of the domain name www.tavernaoparestaurant.com to Taverna Opa.

d. Awarding Taverna Opa its attorney's fees and costs under 15 U.S.C. §1117.

e. Award Taverna Opa any additional relief as the Court may find appropriate.

## JURY DEMAND

Taverna Opa demands trial by jury on all issues so triable.

Dated: May 20, 2009

Respectfully submitted,

By:    _s/GUSTAVO SARDIÑA_
        Frank Herrera
        Florida Bar No. 494801
        Email: fherrera@rra-law.com
        Gustavo Sardiña
        Florida Bar No.: 31162
        Email: gsardina@rra-law.com
        ROTHSTEIN ROSENFELDT ADLER
        401 East Las Olas Blvd.
        Suite 1650
        Fort Lauderdale, Florida 33301
        Telephone: (954) 522-3456
        Facsimile: (954) 527-8863

**Counsel for Plaintiff**

# EXHIBIT A

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,606,763

## United States Patent and Trademark Office

Registered Aug. 13, 2002

### SERVICE MARK
### PRINCIPAL REGISTER



TAVERNA OPA TRADEMARK CORP. (FLORIDA CORPORATION)
606 N. OCEAN DRIVE
HOLLYWOOD, FL 33019

FOR: RESTAURANT SERVICES FEATURING DINING IN AND CARRY OUT OF GREEK AND ETHNIC FOODS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-20-1998; IN COMMERCE 3-20-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TAVERNA", APART FROM THE MARK AS SHOWN.

THE LITERAL TRANSLATION OF "TAVERNA" IS "[A] CAFE OR SMALL RESTAURANT IN GREECE. "OPA" IS A TRADITIONAL GREEK EXPRESSION LOOSELY TRANSLATED INTO ENGLISH AS A VARIETY OF THINGS INCLUDING: "EXPRESSION OF GLEE", "HAPPY TIMES", "JOY OF LIFE", "TRADITIONAL EXPRESSION IN GREEK WHEN YOU DANCE AND FEEL HAPPY", "GET UP AND DANCE, CELEBRATE".

SER. NO. 76-134,570, FILED 9-25-2000.

RICHARD A. STRASER, EXAMINING ATTORNEY

Trademark Electronic Search System (TESS)                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **TAVERNA OPA** |
| **Translations** | The literal translation of "TAVERNA" is "[a] cafe or small restaurant in Greece. "OPA" is a traditional Greek expression loosely translated into English as a variety of things including: "expression of glee", "happy times", "joy of life", "traditional expression in Greek when you dance and feel happy", "get up and dance, celebrate". |
| **Goods and Services** | IC 042. US 100 101. G & S: Restaurant services featuring dining in and carry out of Greek and ethnic foods. FIRST USE: 19980320. FIRST USE IN COMMERCE: 19980320 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | 76134570 |
| **Filing Date** | September 25, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 21, 2002 |
| **Registration Number** | 2606763 |
| **Registration Date** | August 13, 2002 |
| **Owner** | (REGISTRANT) Taverna Opa Trademark Corp. CORPORATION FLORIDA 606 N. Ocean Drive Hollywood FLORIDA 33019 |
| **Attorney of** | Gustavo Sardina |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

| | |
|---|---|
| **Record** | |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TAVERNA" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT B

www.sunbiz.org - Department of State



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List      Return To List

No Events        No Name History

## Detail by Trademark Name

### Trademark

TAVERNA OPA

### Filing Information

**Document Number**   T03000000497
**Date Filed**        04/29/2003
**Expiration Date**   04/29/2013
**First Used in Florida** 03/20/1998
**First Used Anywhere** 03/20/1998
**Status**            ACTIVE

**Mark Used in Connection With**
RESTAURANT SERVICES, DINING IN/CARRY OUT OFGREEK & ETHNIC FOODS

**Disclaimer For**
TAVERNA

### Owners

**Name & Address**

TAVERNA OPA TRADEMARK CORP., A FLA. CORP.
606 N. OCEAN DRIVE
HOLLYWOOD FL 33019

### Type/Class

SM-004200   00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000

### Cross Reference

No Cross Reference

### Document Images

04/29/2003 — Trademark [ View image in PDF format ]

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List      Return To List

No Events        No Name History

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# EXHIBIT C

Tavernaoparestaurant.com - Taverna Opa Restaurant                    Page 1 of 2



Whois Record for Tavernaoparestaurant.com ( Taverna Opa Restaurant )

**Front Page Information**                                                     Thumbnail:        2007-08-10

| | |
|---|---|
| **Website Title:** | Welcome |
| **Title Relevancy** | 0% |
| **AboutUs:** | Wiki article on Tavernaoparestaurant.com |
| **SEO Score:** | 60% |
| **Terms:** | 15 (Unique: 12, Linked: 10) |
| **Images:** | 0 (Alt tags missing: 0) |
| **Links:** | 5   (Internal: 2, Outbound: 3) |

**Indexed Data**

| | |
|---|---|
| **Alexa Trend/Rank:** | #824,384  105,244 ranks over the last three months. |
| **Compete Rank:** | #479,660 with 2,296 U.S. visitors per month |
| **Quantcast Rank:** | #764,789 |

**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | GODADDY.COM, INC. |
| **Created:** | 2002-02-27 |
| **Expires:** | 2016-02-27 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientRenewProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS51.DOMAINCONTROL.COM (has 16,290,632 domains) |
| **Name Server:** | NS52.DOMAINCONTROL.COM |
| **Whois Server:** | whois.godaddy.com |

Queue this Domain for Update

**SEO Text Browser**

SEO Text Browser

Giorgio's Grill | Giorgio's Bistro | Taverna
Kyma | Taverna Opa
© 2002 - 2007 Giorgio's Mediterranean
Village
privacy policy

**Server Data**

| | |
|---|---|
| **Server Type:** | Apache/2.0.52 (Red Hat) |
| **IP Address:** | 72.32.197.172 W R P D T |
| **IP Location:** | Texas - San Antonio - Rackspace.com Ltd |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Active Website |

http://www.tavernaoparestaura...

**DomainTools Exclusive**

| | |
|---|---|
| **Registrant Search:** | "Taverna Opa" owns about 1 other domains |
| **Registrar History:** | 1 registrar |
| **NS History:** | 8 changes on 7 unique name servers over 6 years. |
| **IP History:** | 2 changes on 3 unique name servers over 3 years. |
| **Whois History:** | 5 records have been archived since 2003-09-09. |
| **Reverse IP:** | 42 other sites hosted on this server. |
| **Monitor Domain:** | Set Free Alerts on tavernaoparestaurant.com |
| **Free Tool:** | Download DomainTools for Windows |

Disable SEO Text Browser ( Beta )
Hide Key

**Other TLDs**

.com   .net   .org   .biz   .info   .us

**Symbol Key**

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Whois Record**

```
Registrant:
    Taverna Opa
    606 N North Ocean Drive
    Hollywood, Florida 33019
    United States

    Domain Name: TAVERNAOPARESTAURANT.COM
        Created on: 27-Feb-02
        Expires on: 27-Feb-16
        Last Updated on: 16-Mar-08

    Administrative Contact:
        Theodore, Sophia   sophia@tavernaoparestaurant.com
        Taverna Opa
        606 N North Ocean Drive
        Hollywood, Florida 33019
        United States
```

Tavernaoparestaurant.com - Taverna Opa Restaurant

```
9549294010    Fax -- 9549296968

Technical Contact:
   Theodore, Sophia    sophia@tavernaoparestaurant.com

   Taverna Opa
   606 N North Ocean Drive
   Hollywood, Florida 33019
   United States
   9549294010    Fax -- 9549296968

Domain servers in listed order:
   NS51.DOMAINCONTROL.COM
   NS52.DOMAINCONTROL.COM
```



**Do you own high-quality generic domains?** List them in the April 21st DomainTools Live Auction at the Domain Roundtable Conference in San Francisco. Want to ensure your domain is listed? Register now for the conference - every attendee has a guaranteed-acceptance slot of one domain in the Live Auction.

[ Submit a Domain ]   - Sign up for the Roundtable.



**Customize This Page**

Select the items you want to be shown on this page. Login to save preferences.

☑ Front Page      ☑ Indexed Data
☑ Server Data     ☑ Registry Data
☑ Exclusive Data  ☑ Whois Record

**Domains for Sale**

| Domain | Price |
|---|---|
| MilwaukeeRestaurant.com | $488.00 |
| SuperbRestaurant.com | $795.00 |
| FamilyRestaurant.com | $1,050.00 |
| JadeRestaurant.com | $1,288.00 |
| RestaurantRing.com | $1,488.00 |
| PortRestaurant.com | $1,488.00 |
| RestaurantWork.com | $1,500.00 |
| AfghanRestaurant.com | $1,520.00 |
| RestaurantBio.com | $1,588.00 |
| InternationalRestaurant.com | $1,688.00 |
| RestaurantBar.com | $1,688.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| DosLocosGrill.com | 03-20-2008 |
| TurnersBarAndGrill.com | 03-20-2008 |
| TailgateBbqAndGrill.com | 03-20-2008 |
| ElCevicheRestaurant.com | 03-20-2008 |
| CJSrEstaurant.com | 03-20-2008 |
| PioneerRestaurant.com | 03-20-2008 |
| VirtuosoRestaurant.com | 03-20-2008 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Taverna Orco | 2001-04-03 |
| Taverna Opa | 2001-12-08 |
| Taverna Opa Restaurant | 2002-02-20 |
| Taverna Opa Restaurant | 2002-02-27 |
| Taverna Peppagallo | 2004-05-21 |
| Taverna Online | 2004-08-31 |
| Taverna Nova | 2005-01-11 |
| Taverna Opa Resturant | 2005-02-19 |
| Taverna Ole | 2005-09-23 |
| Tavern Ao Vella Negra | 2005-09-30 |
| Taverna Opa Restaurants | 2005-11-08 |
| Taverna Paradiso | 2006-09-26 |
| Taverna Opa Orlando | 2006-11-22 |
| Taverna Op Restaurant | 2007-02-15 |

# EXHIBIT D

Tavernaopa.com - Taverna Opa                                                    Page 1 of 2



### Whois Record for Tavernaopa.com ( Taverna Opa )

**Front Page Information**

| | |
|---|---|
| **Website Title:** | tavernaopa.com |
| **Title Relevancy** | 0% |
| **AboutUs:** | Wiki article on Tavernaopa.com |
| **SEO Score:** | 53% |
| **Terms:** | 265 (Unique: 185, Linked: 14) |
| **Images:** | 17 (Alt tags missing: 13) |
| **Links:** | 10   (Internal: 2, Outbound: 8) |

**Thumbnail:**



**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | GODADDY.COM, INC. |
| **Created:** | 2001-12-08 |
| **Expires:** | 2009-12-08 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientRenewProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS15.DOMAINCONTROL.COM (has 16,290,632 domains) |
| **Name Server:** | NS16.DOMAINCONTROL.COM |
| **Whois Server:** | whois.godaddy.com |

**SEO Text Browser**

Disable SEO Text Browser ( Beta )
                Hide Key

**Other TLDs**

.com   .net   .org   .biz   .info   .us

**Server Data**

| | |
|---|---|
| **IP Address:** | 68.178.232.99  W R P O T |
| **IP Location** | - Arizona - Scottsdale - Godaddy.com Inc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Active Website |

**Symbol Key**

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**DomainTools Exclusive**



**Whois Record**

```
Registrant:
    Aisha
    1250 West Av 15 F
    Miami Beach, Florida 33139
    United States

    Domain Name: TAVERNAOPA.COM
       Created on: 08-Dec-01
       Expires on: 08-Dec-09
       Last Updated on: 12-Oct-07

    Administrative Contact:
       Ismail, Aisha  ismail@bellsouth.net

    Aisha
    1250 West Av 15 F
    Miami Beach, Florida 33139
    United States
    305 431 4590        Fax --

    Technical Contact:
```

**Customize This Page**

Select the items you want to be shown on this page. Login to save preferences.

☑ Front Page      ☑ Indexed Data

Tavernaopa.com - Taverna Opa                                         Page 2 of 2

Ismail, Aisha
Aisha
1250 West Av 15 F
Miami Beach, Florida 33139
United States
305 411 4590     Fax --

Domain servers in listed order:
    NS15.DOMAINCONTROL.COM
    NS16.DOMAINCONTROL.COM



**Do you own high-quality generic domains?** List them in the April 21st
DomainTools Live Auction at the Domain Roundtable Conference in San
Francisco. Want to ensure your domain is listed? Register now for the
conference - every attendee has a guaranteed-acceptance slot of one domain in
the Live Auction.

          Submit a Domain    - Sign up for the Roundtable.

☑ Server Data  ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

**Domains for Sale**

| Domain | Price |
|---|---|
| OOpa.net | $97.00 |
| OpaDol.com | $150.00 |
| SvOPathomE.com | $199.00 |
| OpaAx.com | $200.00 |
| HemoglobinOpaThies.com | $250.00 |
| OpaFo.com | $250.00 |
| Opa.us | $500.00 |
| UOpa.com | $800.00 |
| OroOpa.com | $800.00 |
| IfOpa.com | $988.00 |
| ShopAvaCo.com | $1,000.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| SagOpa-Fan.com | 03-20-2008 |
| ZlaOpa.com | 03-21-2008 |
| GCprOpaCo.com | 03-21-2008 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Taverna Opa | 2001-12-08 |
| Taverna Opa Restaraunt | 2002-02-20 |
| Taverna Opa Restaurant | 2002-02-27 |
| Tavern And Grill | 2002-12-25 |
| Taverna Nikos | 2003-04-30 |
| Taverna Online | 2004-08-31 |
| Taverna Nova | 2005-01-11 |
| Taverna Opa Resturant | 2005-02-19 |
| Taverna Ole | 2005-09-23 |
| Taverna Opa Restaurants | 2005-11-08 |
| Tavern And Wish | 2006-07-23 |
| Taverna Opa Orlando | 2006-11-22 |
| Tavern And Eatery | 2007-01-11 |
| Taverna Op Restaurant | 2007-02-15 |

tavernaopa.com

This is a free Starter Web Page courtesy of GoDaddy.com, Inc..

# Yassou Aisha !!!!! OPA !!!!!!

**www.tavernaopa.com**

Change your attitude by learning an entertaining and sensual dance !



She create the idea to performance the Belly Dance on the table .

**Do you love dance ?
Let Aisha introduce you to an
artistic and mystic Middle
Easter Dance .**

Aisha is a belly dancer in high demand in the Florida area.
For over a decade, Aisha has been pleasing audiences with a unique blend of
jubilant energy, passion, and grace.
She had performed at Taverna Opa ,Milos Restaurant , Taverna Sagapo ,
Divane , Turks , Efesus , Convention Center Fort lauderdale ,
etc.

**ismail10@comcast.net Aisha**

She has been seen on several stages in US and Europe ,and she has performed
with many other artists .

I WILL LIKE TO INVITE YOU TO THE NEW RESTAURANT " MILOS "
BEST AND FRESHEST SEAFOOD .

MY SHOW START SOON " THE CANDLES AISHA SHOW "
CALL FOR RESERVATION 561.750.6720 / 954.942.5996

1600 NORTH FEDERAL HWY.
BOCA RATON ,FL 33432

YOU WILL HAVE $ 10.00 TO BE USED FOR DINNER ONLY PER TWO PEOPLE
FOR TABLE !!!!!
(February , just mention this note.)

THANK YOU !

AND SEE YOU !!!!

AISHA

3/19/2008

tavernaopa.com

tavernaopa.com

( Domain Name For sale )

-------------------- :)

**Email us at: ismail10@comcast.net**
**Visit us at: www.tavernaopa.com**

**Go Daddy**
The web is
is your Domain

**Find a domain name:**
www. _____ .com [60]

**Domain Names – $9.99*/yr**
**Risk-Free Transfers – $6.99***

*Plus ICANN fee of 20 cents per domain name year.

:: Web Hosting   :: Web Site Builders   :: SSL Certificates   :: Email Accounts

# EXHIBIT E



TrafficZ  **DomainTools**  LeaseThis.com    Show Summary View         Welcome  **Guest!** Login/Join

Google                    [ Search ]    **BUY DOMAINS**
                                         for only $**1**99*
                                                  * Some restrictions
                                                    apply  Details >

Whois Record for Tavernaopa.com        Enter a Domain Name        [ Go ]
( Taverna Opa )

www.**Aftermarket**.com      Submit your domains NOW!
Auction at **Domain Roundtable** 2009      www.Aftermarket.com
Washington, DC | **June 16th**

### Front Page Information

| | |
|---|---|
| **Website Title:** | www.tavernaopa.com |
| **Title Relevancy:** | 100% |
| **SEO Score:** | 76% |
| **Terms:** | 48 (Unique: 38, Linked: 0) |
| **Images:** | 3 (Alt tags missing: 1) |
| **Links:** | 2   (Internal: 0, Outbound: 2) |
| **AboutUs:** | Wiki article on Tavernaopa.com |

### Indexed Data

| | |
|---|---|
| **Alexa Trend/Rank:** | #9,576,464: Down 10,750 ranks over the last three months. |

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | GODADDY.COM, INC. |
| **Created:** | 2001-12-08 |
| **Expires:** | 2009-12-08 |
| **Updated:** | 2007-10-13 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientRenewProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS15.DOMAINCONTROL.COM (has 21,692,991 domains) |
| **Name Server:** | NS16.DOMAINCONTROL.COM (has 21,692,991 domains) |
| **Whois Server:** | whois.godaddy.com |

**Thumbnail:**



**SEO Text Browser**

Loading...    SEO Text Browser
false

tavernaopa.com : Taverna Opa

## Server Data

| | |
|---|---|
| **IP Address:** | 68.178.232.99 Whois \| Reverse-IP \| Ping \| DNS Lookup \| Traceroute |
| **IP Location** | ■ - Arizona - Scottsdale - Godaddy.com Inc |
| **Response Code:** | 200 |
| **Domain Status:** | Registered And Active Website |

http://www.tavernaopa.com

Disable SEO Text Browser ( Beta )

## DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "Domains by Proxy, Inc." was found in about 7,736,943 other domains |
| **Registrar History:** | 1 registrar |
| **NS History:** | 3 changes on 3 unique name servers over 2 years. |
| **IP History:** | 4 changes on 4 unique name servers over 4 years. |
| **Whois History:** | 14 records have been archived since 2005-04-01. |
| **Reverse IP:** | 1,098,176 other sites hosted on this server. |
| **Monitor Domain:** | ✏ Set Free Alerts on tavernaopa.com |
| **Free Tool:** | ⚙ Download DomainTools for Windows |

### Other TLDs

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

### Symbol Key                    Hide Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

### Back Order

Set a backorder so you can own tavernaopa.com when it becomes available.

## Whois Record

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Domain Name: TAVERNAOPA.COM
        Created on: 08-Dec-01
        Expires on: 08-Dec-09
        Last Updated on: 12-Oct-07

    Administrative Contact:
        Private, Registration
    tavernaopa.com@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2598

    Technical Contact:
        Private, Registration
    tavernaopa.com@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2598
```



WEB HOSTING
Newbie or Guru?
Problem solved!
FROM ONLY $2.99 /MONTH
webfusion
www.webfusion.com          Ads by Google

### Domains for Sale

| Domain | Price |
|---|---|

Tavernaopa.com - Taverna Opa

Domain servers in listed order:
NS15.DOMAINCONTROL.COM
NS16.DOMAINCONTROL.COM

| Taverna.net | $1,888.00 |
|---|---|

## Domains At Auction

| Domain | Auction Date |
|---|---|
| AngieTaverna.com | 05-21-2009 |
| MyTaverna.com | 05-24-2009 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Taverna Opa | 2001-12-08 |
| Taverna Opa Restaraunt | 2002-02-20 |
| Taverna Opa Restaurant | 2002-02-27 |
| Tavern And Grill | 2002-12-25 |
| Taverna Nikos | 2003-04-30 |
| Taverna Online | 2004-08-31 |
| Taverna Nova | 2005-01-11 |
| Taverna Opa Resturant | 2005-02-19 |
| Taverna Ole | 2005-09-23 |
| Taverna Opa Restaurants | 2005-11-08 |
| Tavern And Wish | 2006-07-23 |
| Taverna Opa Orlando | 2006-11-22 |
| Tavern And Eatery | 2007-01-11 |
| Taverna Op Restaurant | 2007-02-15 |

## Customize This Page

Select the items you want to be shown on this page. Login to save preferences.

☑ Front Page  ☑ Indexed Data
☑ Server Data  ☑ Registry Data
☑ Exclusive Data ☑ Whois Record